```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- x
WILLIAM C. MACKEY, MD, CYNTHIA G.      :
MACKEY, KATHERINE V. MACKEY, EMILY E.  :
MACKEY, and CHRISTOPHER W. MACKEY      :
                                       :   09 Civ. 6266 (JSR)
                  Plaintiffs,          :
                                       :        ORDER
             -v-                       :
                                       :
ELEGANT CRUISES & TOURS, INC., MONET   :
SHIPPING & TRADING, WESTWIND           :
ENTERPRISES, WEST WIND LTD. and        :
ELEGANT TOURS AND CRUISES, INC.        :
                                       :
                  Defendants.          :
------------------------------------- x
```

JED S. RAKOFF, U.S.D.J.

On July 16, 2009, the Court issued an order of process of maritime attachment and garnishment restraining defendants' property in accordance with Supplemental Admiralty Rule B of the Federal Rules of Civil Procedure.  That order, by its terms, was to automatically expire if no assets were attached within 60 days, i.e., by September 14, 2009.  Although no assets have been attached in this action, on September 15, 2009 plaintiff's counsel submitted a letter requesting an extension of 60 days.  Accordingly, the attachment may be maintained until November 22, 2009.  If no assets have been attached by that time, the order for process of maritime attachment shall automatically expire and be vacated.  No further extensions will be granted.

SO ORDERED.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9-28-09

_____
JED S. RAKOFF, U.S.D.J.

Dated:    New York, New York
          September 25, 2009